No. 96–5446. WILMOTH v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–5447. COHEN v. WATERS, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 96–5448. STAUDE v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 96–5449. OMOIKE v. LEE ET AL. Sup. Ct. La. Certiorari denied.

No. 96–5450. SPAULDING v. HILL, SUPERINTENDENT, ODOM CORRECTIONAL INSTITUTION. C. A. 4th Cir. Certiorari denied.

No. 96–5451. CALDER v. BAYER, DIRECTOR, NEVADA DEPARTMENT OF PRISONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–5452. WILLS v. ANDREWS, SUPERINTENDENT, ALBION CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 96–5453. KELLEY v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND. C. A. 4th Cir. Certiorari denied.

No. 96–5455. MARX v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 96–5456. WATERMAN v. MASSACHUSETTS. App. Ct. Mass. Certiorari denied.

No. 96–5457. ALBERTO PELAEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–5458. SPRATT v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–5459. NEVILLE ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 96–5460. CARD v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 96–5463. STULZ v. UNITED STATES PAROLE COMMISSION. C. A. 5th Cir. Certiorari denied.